IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-60272

INNOVATIVE WEB VENTURES, INC.,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Innovative Web Ventures, Inc. voluntarily dismisses the above-captioned action against defendant International Business Machines Corporation with each party to bear its own attorneys' fees and costs.

Dated: February 18, 2020.

DESOUZA LAW, P.A.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (954) 603-1340
DDesouza@desouzalaw.com

By: /s/ Daniel DeSouza, Esq.
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

                                                DESOUZA LAW, P.A.
                                                /s/ Daniel DeSouza, Esq._____