UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60272-CIV-SINGHAL/VALLE

INNOVATIVE WEB VENTURES, INC.,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal (DE [6]) filed by Plaintiff, Innovative Web Ventures, Inc. In light of Plaintiff's Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED**. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of February 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF